UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Edward Cyrus**

    Plaintiff

V.                                          CA 12-30172-MAP

**Portfolio Recovery Associates**

    Defendant

<u>ORDER</u>

July 17, 2013

PONSOR, D.J.

    Pursuant to the provisions of Local Rule 4.1 and F.R.Civ.P 4(m), it is hereby ordered that this case be dismissed without prejudice for failure to serve the defendant and file returns of service within one hundred twenty days of filing the complaint.

    It is so ordered.

                                        <u>/s/Michael A. Ponsor</u>
                                        United States District Judge